## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | FILED IN OPEN COURT |
| | ) | |
| v. | ) | JUN 2 4 2026 |
| | ) | |
| **JOHN MICHEL MATHURIN** | ) | CHRISTOPHER L. EKMAN, CLERK |
| and | ) | |
| **KAYPER NICOLE ELLERBEE** | ) | 26-125-JB |
| and | ) | |
| **KRISHA NICOLETTE MOLINA-BUSH** | ) | |
| and | ) | |
| **JOHANILKA DESSIRE VIDAL LOPEZ** | ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*Conspiracy to Tamper with a Witness*
**[18 U.S.C. § 1512(k) and (b)(1)]**

From at least on or about October 2, 2025, through at least on or about October 29, 2025, more exact dates being unknown to the Grand Jury, in Baldwin and Escambia Counties, within the Southern District of Alabama, and elsewhere, the defendants,

**JOHN MICHEL MATHURIN**
and
**KAYPER NICOLE ELLERBEE**
and
**KRISHA NICOLETTE MOLINA-BUSH**
and
**JOHANILKA DESSIRE VIDAL LOPEZ,**

did knowingly, intentionally, and unlawfully conspire and agree with each other, and with others both known and unknown to the Grand Jury, to knowingly intimidate, threaten, and corruptly persuade A.S., a person known to the Grand Jury, with the intent to influence, delay, and prevent A.S. from testifying in an official proceeding, that is, a federal criminal trial against John Michel Mathurin, in violation of Title 18, United States Code, Section 1512(k) and (b)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

PHILLIP W. WILLIAMS JR.
United States Attorney

_____
WILLIAM R. MCCOMB
BRETT A. JANICH
Special Attorneys
Southern District of Alabama
Acting Under Authority Conferred
by 28 U.S.C. § 515